**Opinion issued June 20, 2019**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-19-00339-CV

—————————————

### UNION PACIFIC RAILROAD COMPANY, Appellant

### V.

### PATRICK PAYNE, Appellee

On Appeal from the 157th District Court
Harris County, Texas
Trial Court Case No. 2017-14425

## MEMORANDUM OPINION

Appellant, Union Pacific Railroad Company, has filed an unopposed motion to dismiss this appeal. No opinion has issued in this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

## PER CURIAM

Panel consists of Justices Keyes, Kelly, and Goodman.